*X ine H, T*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

PARAMOUNT PICTURES CORPORATION;  :
TWENTIETH CENTURY FOX FILM          :
CORPORATION; UNIVERSAL CITY         :
STUDIOS PRODUCTIONS LLLP;           :
UNIVERSAL CITY STUDIOS LLLP;        :
WARNER BROS. ENTERTAINMENT INC.;    :
DISNEY ENTERPRISES, INC.; COLUMBIA  :
TRISTAR TELEVISION, INC.; AND       :
COLUMBIA PICTURES INDUSTRIES, INC.  :
                                    :
             Plaintiffs,            :
                                    :
        -against-                   :
                                    :
LOAD 'N GO VIDEO INC.               :
                                    :
             Defendant.             :

-------------------------------------- X

*ECF*

**06 CV 12931 (GEL)**

**STIPULATION AND ORDER
EXTENDING DEFENDANT'S
TIME TO FILE ITS ANSWER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Plaintiffs herein and Vijay Raghavan, President and Treasurer of Defendant Load 'N Go Video Inc., that the time for the Defendant Load 'N Go Video Inc. to file its Answer to Plaintiffs' Complaint is hereby further extended to and including January 16, 2007.

Dated: New York, New York
       January 5, 2007


**MCDERMOTT WILL & EMERY LLP**

*Christine A. Pepe*

Christine A. Pepe (CP5688)
340 Madison Avenue
New York, NY 10173-1922
(212) 547-5400

Robert H. Rotstein*
Lisa E. Stone*
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
(310) 277-4110
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**LOAD 'N GO VIDEO INC.**

Vijay Raghavan, President and Treasurer

*On behalf of Defendant*


So Ordered:

U.S.D.J.
       1/9/07


NYK 1072737-2.069215.0015

-2-