UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PARAMOUNT PICTURES CORP., et al.,

                     Plaintiff,

   -against-

LOAD 'N GO VIDEO INC.,

                    Defendant.

------------------------------------------------------------x

06 Civ. 12931 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
         February 16, 2007

                                                   GERARD E. LYNCH
                                                United States District Judge