UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
PARAMOUNT PICTURES CORPORATION; :
TWENTIETH CENTURY FOX FILM :
CORPORATION; UNIVERSAL CITY :
STUDIOS PRODUCTIONS LLLP; :
UNIVERSAL CITY STUDIOS LLLP; :
WARNER BROS. ENTERTAINMENT INC.; :    06 CV 12931 (GEL)
DISNEY ENTERPRISES, INC.; COLUMBIA :
TRISTAR TELEVISION, INC.; AND :
COLUMBIA PICTURES INDUSTRIES, INC. :
:    **PLAINTIFFS'**
      Plaintiffs, :    **NOTICE OF DISMISSAL**
:    **<u>WITHOUT PREJUDICE</u>**
   -against- :
:
LOAD 'N GO VIDEO INC. :
:
      Defendant. :
---------------------------------------- X

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Universal City Studios LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc., Columbia TriStar Television, Inc. and Columbia Pictures Industries, Inc. (collectively "Plaintiffs"), through their attorneys, hereby voluntarily dismiss all claims in the above-captioned action against Defendant Load 'N Go Video Inc. without prejudice and without costs to either party.

-2-

Dated: New York, New York, March 2, 2007

**MCDERMOTT WILL & EMERY LLP**

*Christine A. Pepe*

Christine A. Pepe (CP5686)
340 Madison Avenue
New York, NY 10173-1922
(212) 547-5400

Robert H. Rotstein*
Lisa E. Stone*
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
(310) 277-4110
*Admitted pro hac vice

Attorneys for Plaintiffs

LAS99 1486070-1.069215.0015